**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 305 WAL 2015 |
| Respondent | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| ANTHONY DEFILIPPO, | : |
| | : |
| Petitioner | : |
| | |
| COMMONWEALTH OF PENNSYLVANIA, RESPODENT | : No. 306 WAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Superior Court |
| | : |
| | : |
| ANTHONY DEFILIPPO, | : |
| | : |
| Petitioner | : |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 7th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.